UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ACCIDENT INSURANCE
COMPANY, INC.,

    Plaintiff,

v.

Case No.: 3:23-cv-541-BJD-LLL

FLORIDA INSURANCE
GUARANTY ASSOCIATION,
as successor and receiver for
American Vehicle Insurance,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff and Defendant['s] Joint Stipulation of Dismissal (Doc. No. 13; Stipulation) filed on May 9, 2024. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of May, 2024.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*